# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>VICTOR MANUEL RAMOS-CAMACHO,<br><br>        Defendant. | Case No. 20-CR-02123-CAB<br><br>**ORDER AND JUDGMENT DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

On motion of the United States and with good cause shown,

IT IS THE JUDGMENT OF THE COURT that the Information in this case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 9/29/2020

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE